Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST

        Plaintiff

v.

PACIFIC SHIP REPAIR & FABRICATION, INC., a California corporation

        Defendant

BANNER BANK, N.A.,

        Garnishee

Case No. 2:24-mc-00066-KKE

JUDGMENT ON ANSWER OF GARNISHEE-DEFENDANT AND ORDER TO PAY

(Clerk's Action Required)

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditors: | Puget Sound Electrical Workers Healthcare Trust |
| Garnishment Judgment Debtor: | Banner Bank, N.A. |
| Garnishment Costs Debtor: | Pacific Ship Repair & Fabrication, Inc. |
| Garnishment Judgment Amount: | |
|     Costs Judgment: | $ 392.00 |
|     Remainder to Underlying Judgment: | $ 8,538.60 |
|     Total: | $ 8,930.60 |
| Judgment to Bear Interest at: | 0.00% |
| Attorneys for Judgment Creditors: | Jeffrey G. Maxwell, Esq.<br>Barlow Coughran Morales & Josephson, P.S.<br>1325 Fourth Avenue, Suite 910<br>Seattle, Washington 98101 |

IT APPEARING THAT Garnishee Defendant Banner Bank, N.A. was indebted to Defendant/Judgment Debtor Pacific Ship Repair & Fabrication, Inc. in the nonexempt amount of $8,930.60; that at the time the Writ of Garnishment was issued, Garnishee Defendant had in its possession or control fund, personal property, or effects of Defendant; and that Plaintiff have incurred $392.00 in recoverable costs and attorney fees; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded judgment against Garnishee Defendant Banner Bank, N.A. in the amount of $8,930.60; that Plaintiff is awarded judgment against Defendant Pacific Ship Repair & Fabrication, Inc. in the amount of $392.00 for recoverable costs and attorney fees; that Garnishee Defendant shall pay its judgment amount to Plaintiff through the Registry of the Court; that, upon payment by the Garnishee Defendant of the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $8,930.60; and that, upon receipt and deposit of the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of the court in the principal amount of $8,930.60, payable to Barlow Coughran Morales & Josephson, P.S., in trust for the Puget Sound Electrical Workers Healthcare Trust, and mail or deliver the check to Barlow Coughran Morales & Josephson, P.S., 1325 Fourth Avenue, Suite 910, Seattle, WA 98101.  Garnishee Defendant is advised that the failure to pay the judgment amount may result in execution of the judgment, including garnishment.

Dated:  December 4, 2024.

*Kymberly K Evanson*
———————————————
Kymberly K. Evanson
United States District Judge